Imran F. Vakil, Esq. (Bar No. 248859)
  ivakil@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue
Suite C3
Costa Mesa, CA 92626
Phone:     (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Plaintiff, Sream, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>ISHTIAQ MUSTAFA; and DOES 1-10 INCLUSIVE,<br><br>     Defendants. | Case No. 2:18-cv-01768-TLN-CKD<br>Hon. Troy L. Nunley<br><br>**NOTICE / REQUEST FOR DISMISSAL OF THE ACTION [F.R.C.P. 41(a)(1)(A)(i)]** |

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**TO THE COURT AND ALL PARTIES OF RECORD:**

The Parties have settled. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Sream, Inc., hereby dismisses Defendant Ishtiaq Mustafa, and the Action, *without* prejudice.

Dated:  July 23, 2018                              **NEXIO, PC**

                                                   By:   /s/ Imran F. Vakil /
                                                         Imran F. Vakil,
                                                         *Attorneys for Plaintiff, Sream Inc.*

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 245 Fischer Avenue, Suite C3, Costa Mesa, CA 92626.

On July 23, 2018, I caused **NOTICE / REQUEST FOR DISMISSAL OF THE ACTION [F.R.C.P. 41(a)(1)(A)(i)]** to be served to the address and by the method of service described as follows:

Ishtiaq Mustafa
Cigarettes Plus
9742 Elk Grove Florin Road
Elk Grove, CA 95624

[ ]   (BY EMAIL)

[ ]   (BY PERSONAL SERVICE) I delivered to [COURIER SERVICE], a courier service authorized to receive documents to be delivered to the above on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]   (BY CM/ECF) On July 23, 2018, I filed the above referenced document(s) via the United States District Court, Eastern District of California electronic filing system and all attorneys who have appeared in this matter that have registered for electronic service will be served in that manner.

[X]   (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY OVERNIGHT DELIVERY) I caused said envelope (s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee (s).

Executed on July 23, 2018 at Costa Mesa, California.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of their court at whose direction the service was made.

/s/ Imran F. Vakil/
_____
Imran F. Vakil